IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of<br>MANSON CONSTRUCTION CO.,<br><br>    Plaintiff,<br><br>v.<br><br>EAI INTERNATIONAL, INC. ET AL,<br><br>    Defendants.<br>_____/ | No. C 03-04503 JSW<br><br>**ORDER GRANTING MOTION FOR ORDER SHORTENING TIME** |

The Court having received the motion to intervene and the motion for an order shortening time for hearing filed by Mount Zion Missionary Baptist Church of Los Angeles ("the Church") and finding that good cause exists for shortened time, does HEREBY GRANT the Church's motion for an order shortening time. The hearing on the Church's motion to intervene shall be held on June 2, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 16, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE